Antony S. Burt, (*pro hac vice*)
SB# 6183449 (Illinois)
SCHIFF HARDIN LLP
233 S. Wacker Drive, Suite 6600
Chicago, IL 60606
tel: (312) 258-5500
fax: (312) 258-5600
aburt@schiffhardin.com

Attorneys for the Federal Deposit
Insurance Corporation as Receiver for
Community Bank of Arizona

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| The Federal Deposit Insurance Corporation as Receiver for Community Bank of Arizona, | Case No. 2:12-cv-01508-SMM |
| Plaintiff, | |
| vs. | **JOINT STATUS REPORT** |
| Edward M. Jamison; Stephen R. Curley; James E. Nelson; LeRoy R. Aman; Leanne B. Appeldorn-March; Richard L. Murphy; and Phillip B. Whitaker, | |
| Defendants. | |

Plaintiff Federal Deposit Insurance Corporation, as Receiver of Community Bank of Arizona ("FDIC-Receiver") and Defendants Edward M. Jamison, Stephen R. Curley, James E. Nelson, LeRoy R. Aman, Leanne B. Appeldorn-March, Richard L. Murphy, and Philip B. Whitaker provide this joint status report pursuant to the Court's October 28, 2014 Order. (Dkt. 116.)

As the parties advised the Court in their last status report, the FDIC-Receiver on November 26, 2014 circulated a further revised settlement agreement. Following further discussions, the parties as of today's date have all executed this settlement agreement, which is subject to the completion of certain contingencies. In addition, a separate agreement and release has been executed between the Chapter 7 Trustee for Community Bancorp, Progressive Casualty Insurance Company, and Defendants. That agreement

provides for the parties to that agreement to request bankruptcy court approval in connection with the settlement within five business days. It is anticipated that the bankruptcy court will hold a hearing on this request on January 20, 2015. The parties will report to the Court at the currently scheduled status conference as to these matters on January 20, 2015.

/s/ Kevin R. Stolworthy
Kevin R. Stolworthy (*pro hac vice*)
Tracy A. DiFillippo (*pro hac vice*)
Conor P. Flynn (*pro hac vice*)
Armstrong Teasdale LLP
3770 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169
(t) 702-678-5070
(f) 702-878-9995
kstolworthy@armstrongteasdale.com
cflynn@armstrongteasdale.com
tdifillippo@armstrongteasdale.com

*Counsel for Edward M. Jamison*

/s/ John S. Golwen
John S. Golwen (*pro hac vice*)
Christopher G. Lazarini (*pro hac vice*)
Annie T. Christoff (*pro hac vice*)
Bass, Berry & Simms PLC
100 Peabody Place, Suite 900
Memphis, TN 38103-3672
(t) 901-543-5900
(f) 901-543-5999
jgolwen@bassberry.com
clazarini@bassberry.com
achristoff@bassberry.com

*Counsel for LeRoy R. Aman, Leanne B. Appeldorn-March, Rick L. Murphy, and Philip B. Whitaker*

/s/ Antony S. Burt
Antony S. Burt (*pro hac vice*)
David C. Giles (*pro hac vice*)
Schiff Hardin LLP
233 South Wacker Dr., Suite 6600
Chicago, IL 60606
(t) 312-258-5500
(f) 312-258-5700
aburt@schiffhardin.com
dgiles@schiffhardin.com
mwiltshire@schiffhardin.com

*Counsel for the Federal Deposit Insurance Corporation, as Receiver of Community Bank of Arizona*

/s/Jennifer Hadley
Joel P. Hoxie (#0054480)
Jennifer Hadley (#018380)
Snell & Wilmer LLP
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, AZ 85004-2202
(t) 602-382-6000
(f) 602-382-6070
jhoxie@swlaw.com
jhadley@swlaw.com

*Counsel for Stephen R. Curley and James E. Nelson*

## **CERTIFICATE OF SERVICE**

I certify that on December 19, 2014, I electronically transmitted the foregoing to the Clerk's Office using the CM/ECF System, which will send notice of the filing to counsel for all parties having appeared of record.

/s/ David C. Giles