Antony S. Burt, (*pro hac vice*)
SB# 6183449 (Illinois)
SCHIFF HARDIN LLP
233 S. Wacker Drive, Suite 6600
Chicago, IL 60606
tel: (312) 258-5500
fax: (312) 258-5600
aburt@schiffhardin.com

Attorneys for the Federal Deposit
Insurance Corporation as Receiver for
Community Bank of Arizona

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| The Federal Deposit Insurance Corporation as Receiver for Community Bank of Arizona, <br><br> Plaintiff, <br><br> vs. <br><br> Edward M. Jamison; Stephen R. Curley; James E. Nelson; LeRoy R. Aman; Leanne B. Appeldorn-March; Richard L. Murphy; and Philip B. Whitaker, <br><br> Defendants. | Case No. 2:12-cv-01508-SMM <br><br> **JOINT STIPULATION TO DISMISS ACTION IN ITS ENTIRETY WITH PREJUDICE AND TO STRIKE ALL FUTURE CALENDAR DATES** |

Plaintiff Federal Deposit Insurance Corporation, as Receiver for Community Bank of Arizona ("FDIC-Receiver") and Defendants Edward M. Jamison, Stephen R. Curley, James E. Nelson, LeRoy R. Aman, Leanne B. Appeldorn-March, Richard L. Murphy, and Philip B. Whitaker (collectively, "Defendants") jointly stipulate to dismiss this action in its entirety with prejudice and to strike all future calendar dates.  Each party shall bear its own costs.

__/s/ Kevin R. Stolworthy_____
Kevin R. Stolworthy (*pro hac vice*)
Tracy A. DiFillippo (*pro hac vice*)

__/s/ Antony S. Burt_____
Antony S. Burt (*pro hac vice*)
David C. Giles (*pro hac vice*)

Conor P. Flynn (*pro hac vice*)
Armstrong Teasdale LLP
3770 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169
(t) 702-678-5070
(f) 702-878-9995
kstolworthy@armstrongteasdale.com
cflynn@armstrongteasdale.com
tdifillippo@armstrongteasdale.com
*Counsel for Edward M. Jamison*

Schiff Hardin LLP
233 South Wacker Dr., Suite 6600
Chicago, IL 60606
(t) 312-258-5500
(f) 312-258-5700
aburt@schiffhardin.com
dgiles@schiffhardin.com
*Counsel for the Federal Deposit Insurance Corporation, as Receiver of Community Bank of Arizona*

 _/s/ John S. Golwen_____ _____
John S. Golwen (*pro hac vice*)
Christopher G. Lazarini (*pro hac vice*)
Annie T. Christoff (*pro hac vice*)
Bass, Berry & Simms PLC
100 Peabody Place, Suite 900
Memphis, TN 38103-3672
(t) 901-543-5900
(f) 901-543-5999
jgolwen@bassberry.com
clazarini@bassberry.com
achristoff@bassberry.com
*Counsel for LeRoy R. Aman, Leanne B. Appeldorn-March, Rick L. Murphy, and Philip B. Whitaker*

  __/s/ Jennifer Hadley_____ _
Joel P. Hoxie (#0054480)
Jennifer Hadley (#018380)
Snell & Wilmer LLP
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, AZ 85004-2202
(t) 602-382-6000
(f) 602-382-6070
jhoxie@swlaw.com
jhadley@swlaw.com
*Counsel for Stephen R. Curley and James E. Nelson*

- 2 -

## CERTIFICATE OF SERVICE

I certify that on February 10, 2015, I electronically transmitted the foregoing to the Clerk's Office using the CM/ECF System, which will send notice of the filing to counsel for all parties having appeared of record.

/s/  David C. Giles